

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2020

No. 04-19-00208-CV

J.K. **IVEY,**
Appellant

v.

**TODD MARQUARDT LAW FIRM,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI24208
Honorable Monique Diaz, Judge Presiding

# O R D E R

By order dated May 23, 2019, we abated this appeal upon proof that appellee filed a voluntary petition for bankruptcy. TEX. R. APP. P. 8.2. The appeal and all appellate timelines were suspended, and the appeal was closed for administrative purposes pending a request for reinstatement or severance.

We have received notice that appellee's bankruptcy proceeding was dismissed on November 25, 2019. Accordingly, this appeal is REINSTATED on the court's docket. Appellee's brief is due on or before **January 27, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court